UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN G. FRASER,

        Plaintiff,                      Civil No. 05-60164

-v-                                         Honorable John Corbett O'Meara

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE PEPE'S REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept8, 1998), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby ORDERED that the report and recommendation is ADOPTED.

                                                                  s/John Corbett O'Meara

Dated: August 11, 2006                                  U.S. District Judge