UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN G. FRASER,

        Plaintiff,        Civil No. 05-60164

-v-        Judge John Corbett O'Meara
        Magistrate Judge Steven D. Pepe

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment be DENIED and that Plaintiff's Motion for Summary Judgment be GRANTED IN PART and the case REMANDED for further administrative proceedings.

Dated: August 11, 2006        David Weaver, Clerk of Court

APPROVED:        s/William Barkholz
        Deputy Clerk

s/John Corbett O'Meara
U. S. District Judge