UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN G. FRASER,

        Plaintiff,        Case no. 05-60164
                                Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE PEPE'S
REPORT AND RECOMMENDATION**

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Pepe's June 30, 2008 Report and Recommendation as well as any objections filed by the parties, and upon review;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED and ACCEPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff's counsel's motion for attorney fees is GRANTED. Plaintiff's counsel, WM. Michael White, P.C. is awarded attorney fees in the amount of $7,880.00 from plaintiff's past due Social Security Disability benefits pursuant to 42 U.S.C. § 406 for his representation at the U.S. District Court level.

                                              s/John Corbett O'Meara
Date: July 30, 2008                        United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 30, 2008, by electronic and/or ordinary mail.

                                                  s/William Barkholz

                                                  Case Manager